# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HOPETON MORRISON,**

        **Plaintiff,**

-vs-                                **Case No. 6:05-cv-49-Orl-22KRS**

**HILTON HOTELS CORPORATION and
HILTON GRAND VACATIONS CLUB,
LLC,**

        **Defendants.**

_____

## ORDER

Document number 25 was filed in the above-styled case. It fails to comply with the requirements of either the Federal Rules of Civil Procedure or the Local Rules of the Middle District of Florida for the reason(s) listed below. Therefore, the document is ordered stricken. Additionally, any responses required to be filed because of the stricken document will not be required and will also be stricken.

> **Local Rule 3.03(e): Requests for the production of documents and other things, matters disclosed pursuant to Fed. R. Civ. P. 26, and requests for admission, and answers and responses thereto, shall not be filed with the Court as a matter of course but may later be filed in whole or in part if necessary to presentation and consideration of a motion to compel, a motion for summary judgment, a motion for injunctive relief, or other similar proceedings.**

**DONE** and **ORDERED** in Orlando, Florida on May 10, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties